## IN THE COMMONWEALTH COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| Rasheed Nifas and Garry Mason,<br>Appellants | : | |
| | : | |
| | : | |
| v. | : | No. 1467 C.D. 2021 |
| | : | |
| | : | |
| Thomas McGinley, Renee Foulds,<br>Anthony Luscavage, Karen Merritt-<br>Scully, and Blanche Milo | : | |
| | : | |
| | : | |

**PER CURIAM**                    **O R D E R**

NOW, June 12, 2023, having considered Appellant's application for reargument, the application is DENIED.